LEWIS BRISBOIS BISGAARD & SMITH LLP
ROBERT A. WOOTEN, JR., SB #058690
MARK A. OERTEL, SB# 120141
MARGARET CHOE, SB# 174397
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff American
Contractors Indemnity Company

**IT IS SO ORDERED**
Judge Vaughn R Walker
Dated: 5/15/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| American Contractors Indemnity Company,<br><br>Plaintiff,<br><br>v.<br><br>Defendant Comerica Bank & Trust, Inc., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 09-1102 ~~JCS~~ VRW<br>Judge: Hon. Vaughn R Walker<br>DEPT: 6<br><br>**DISMISSAL PURSUANT TO FRCP, Rule 41(a)(1)(A)(i)** |

**VOLUNTARY DISMISSAL**
(Without Prejudice)

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the captioned matter shall be and is hereby dismissed, as to all parties, **without prejudice**.

Respectfully submitted,

DATED: May 14, 2009            So Stipulated

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARK A. OERTEL
ROBERT A. WOOTEN, JR.
MARGARET CHOE

By _____
Robert A. Wooten, Jr.
Attorneys for Plaintiff American
Contractors Indemnity Company

4830-9028-4035.1

DISMISSAL PURSUANT TO FRCP, RULE 41(A)(1)(A)(I)